cat/div **SSO/1983/WPB**
Case # _____
Judge _____ Mag **WHITE**
Motn Ifp **YES** Fee pd $ **0**
Receipt # _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 15-CV-80972-Zloch/White

FILED by **HZ** D.C.
JUL 15 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Reginald Eugene Grimes**
(Enter the full name of the plaintiff in this action)

v.

**Federal Task Force Officer Richard Rott, And Five Unknown Named Agents of Federal Task Force, Drug Enforcement Administration and United States Marshal Services, And Et. Al.**
(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**Instructions for Filing:**

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I. **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Reginald Eugene Grimes
Inmate #: 0067253
Address: Palm Beach Detention Center, 3228 Gun Club Road, West Palm Beach, Florida 33416

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Agent Richard Rott
is employed as Federal Task Force Officer (DEA)
at 444 Railroad Way, West Palm Beach, Florida 33401

C. Additional Defendants: Five Unknown Named Agents of the Federal Task Force Office, Drug Enforcement Admin., and United States Marshal Services, And Et. Al.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

**II.    Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

#1) On January 14, 2015, Round about 5:30 A.M. in the dark of the Morning Plaintiff was driving A Rented Ford Escape 2WD, License Number: S094uy, Rental Agreement Number: U231623140, when out of Nowhere Strange cars with dark tinted windows came upon Plaintiff Rented Vehicle which caused Plaintiff, like it would anyone driving that morning to Panick, in which Plaintiff drove said vehicle to A safe area where Plaintiff felt comfortable, in which was 28th Street and Old Dixie Highway in Riviera Beach, Florida which is only four (4) blocks away from Plaintiff's Residence (1143 West 24th Street, Riviera Beach, Fl 33404), in which Plaintiff pulled said Rented Vehicle over and

got out of said Rented Vehicle And lay stretched out on the pavement, with nothing in Plaintiff's hands And in Plaintiff's pocket was Plaintiff's "Gucci Wallet" which contain Plaintiff's Nine Hundred And Sixty Three ($963.00) Dollars, Driving License And Other Important Information.

(#2) While Plaintiff lay face down on the pavement, Arms stretched straight Above Plaintiff's Head, posing No Threat, when Federal Task Force Officer (DEA) Richard Rott And Other Federal Agents acting under color of federal Authority, started Hitting Plaintiff in the Head And Face with a Heavy object that was Black in Color shaped like A firearm, And Kicking Plaintiff in the Back And Sides of Plaintiff's Body, in which the Physical Assault on Plaintiff was So Bad that The Palm Beach County Sheriff's Detention Center, 3228 Gun Club Road, West Palm Beach Florida 33416, "Intake" Refuse to Except Plaintiff in their (Palm Beach County Sheriff's Detention Center) facility without the Drug Enforcement Agents taking Plaintiff to "Wellington Regional Medical Center, At 10101 Forest Hill Blvd, Wellington, Fl. 33414, for Treatment based on Plaintiff's Face, Head, Neck, Back And Sides of

3 of 5 — "A"

the Body Injuries caused by Defendants.

(#3) On January 14, 2015, "(TFO) Agent Richard Rott" took Plaintiff's Personal Property (Nine Hundred and Sixty Three ($963.00) Dollars, Gucci Wallet, Driving License And Other Important Information) Illegally and Never Return said Property to Plaintiff and Never Logged said Property in Any Evidence Room.

(#4) On January 14, 2015, Special Drug Enforcement Agent William Linehan, attempt to cover up (TFO) Agent Richard Rott Actions by giving Plaintiff Misleading Information that A Riviera Beach Police Officer by the name of "Rick Roth" was Responsible for Plaintiff's Nine Hundred and Sixty Three ($963.00) Dollars, Gucci Wallet, Driving License And Other Important Information that was Missing from Plaintiff's possession, in which he (Agent William Linehan) knew was False.

(#5) On January 14, 2015, A Unknown Federal Agent Deliberately crashed into Plaintiff's parked Rented vehicle because of the Assault on Plaintiff taking Place, in which A Review of Photos inside the vehicle shows NO BLOOD Any where in the Rented vehicle.

3 of 5 - "B"

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

#6) On January 14, 2015, Plaintiff's Rented Vehicle was Illegally Searched by (TFO) Agent Richard Rott In which Four (4) Black Cellular Telephones were Removed from the Glove compartment, in which Plaintiff did not give any consent to search said Vehicle.

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

(A.) Plaintiff would demand based on Plaintiff's Physical Injuries (Face, Head, Neck, Back and Sides Body Injuries) And the Deliberate taken of Plaintiff's Nine Hundred And Sixty Three ($963.00) Dollars, Gucci Wallet, Driving License, And Other Important Information And the taken of Plaintiff's four (4) Cellular Telephones should "PAY" Plaintiff's $100,000.00 Dollars Apiece Compensatory damages for Each Defendant And $1,500,000.00 Punitive damages.

### IV. Jury Demand

Do you demand a jury trial? ☑ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ___6th___ day of ___July___, 20_15_

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: ___July 6th, 2015___

_____
(Signature of Plaintiff)

Reynald Grimes
00C7753
PALM BEACH DETENTION CENTER
P.O. BOX 24
W.P.B. FL

3228 Gun Club Road
West Palm Beach FL 33416

Legal Mail

USMS INSPECTED
BY _____

Atth: Clerk's Office of the
United States District Court,
Southern District of Florida
400 North Miami Avenue
Room 8N09
Miami, Florida 33128-7788

$ 002.66⁰
JUL 06 2015
PITNEY BOWES

Legal Mail