UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY PG D.C.

NOV 05 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

REGINALD EUGENE GRIMES,
Plaintiff,

CASE NO. **15-CV-80972-RUIZ/REID**

v.

OFFICER RICHARD ROTT, et al.
Defendants. /

PRO SE
MOTION REQUESTING THAT THE HONORABLE DISTRICT COURT **"ORDER"** THE DEFENDANT(S) TO **"COMPEL PRODUCTION"** IN BEHALF OF "PLAINTIFF'S REGINALD EUGENE GRIMES **REQUEST FOR PRODUCTION**" MAILED/FILED ON **AUGUST 1, 2019**

COME NOW, PLAINTIFF (Reginald Eugene Grimes) Pro se[1], files this "Pro se Motion Requesting That The Honorable District Court **"Order"** The Defendant(s) To **"Compel Production"** In Behalf of "Plaintiff's Reginald Eugene Grimes **Request For Production**" Mailed/Filed on **August 1, 2019.**"

Plaintiff would state the following:

#1. Plaintiff would like the records to reflect that on **"August 1, 2019"** Plaintiff **mailed/filed** "Plaintiff's Reginald Eugene Grimes **Request For Production**" which consist of **Five (5) Pages,** requesting that said **"Request For Production"** pursuant to **Rule 34** of the Federal Rules of Civil Procedure, be produced within **Thirty (30) Days from the date of service, to "Reginald Eugene Grimes #40127-004, at Pensacola Federal Prison Camp, P.O. Box 3949, Pensacola, Florida 32516."** (See **DE#207**).

#2. Plaintiff would like the records to reflect that on **"August 8, 2019"** The Honorable Magistrate Judge **LISETTE M. REID, filed** the following "**PAPERLESS ORDER denying [207]** Motion to Produce solely to the extent that this is not a pending motion, but in fact, a discovery pleading, addressed to the defendants. Plaintiff is reminded that discovery should not be

---

(1) <u>Haines v. Kerner</u>, 30 L.Ed.2d 652 (1972), Pro se litigants pleadings are to be construed liberally and held to less stringent standards than formal pleadings drafted by lawyers; if Court can reasonably read pleadings to state valid claim on which litigant could prevail, it should do so despite failure to cite proper legal authority, confusion of legal theories, poor syntax, and sentence construction, or litigants unfamiliarity with pleading requirements..."

filed with the court **unless there is a need to compel an untimely response or to compel production. Further, to the extent this filing is deemed a request for production to the Defendants, they shall directly address the request with Plaintiff, filing a response in accordance with the local and federal rules governing such filings. Signed by Magistrate Judge LISETTE M. REID on 8/8/2019. (nn)."** (See **DE#208**).

#3. Plaintiff would like the records to reflect that **today is October 30, 2019,** and "The Defendants and/or The Defendants Representive (The United States Attorneys Office for The Southern District of Florida)" **have not** "complied with "Plaintiff's **Request For Prodcution**" and/or complied with "The Honorable Magistrate Judge LISETTE M. RIED'S **"Order.""""** (See **DE#207 and DE#208**).

#4. Plaintiff would like the records to reflect that on **October 29, 2019,** Plaintiff was advised by "Counselor Chatman" here at Pensacola Federal Prison Camp, in Pensacola, Florida, that Plaintiff **must** contact a Representative by the Name **"Ms. Aileen ? (Last Name is Unknown to Plaintiff), Telephone Number (305) 961-9097, for The United States Attorneys Office for The Southern District of Florida",** in which Plaintiff called said Telephone Number on **October 29, 2019,** around about **2:25 p.m. Eastern Time,** in which "Ms. Aileen" advised Plaintiff that **"she (Ms. Aileen ?) was advised by her Supervisor (She REFUSE To Give Me The Supervisor's Name) that "The United States Attorneys Office for The Southern District of Florida Will NOT Supply Plaintiff With ANY of The Requested Discovery pertaining to "DE#207" and The United States Attorneys Office for The Southern District of Florida Representative for Defendant(s) REFUSE to comply with the "ORDER" pertaining to "DE#208."**

WHEREFORE, Plaintiff (Reginald Eugene Grimes) would Request that This Honorable District Court **"GRANT"** Plaintiff's "Pro se Motion Requesting That The Honorable District Court **"Order"** The Defendant(s) To **"Compel Production"** In Behalf of "Plaintiff's Reginald Eugene Grimes **Request For Production**" Mailed/Filed on **August 1, 2019"** and/or **"GRANT"** Plaintiff **Any Other Relief Deems Just.**

By: _Reginald E G____
Reginald Eugene Grimes

UNNOTARIZED OATH

I (REGINALD EUGENE GRIMES) DECLARE UNDER THE PENALTY OF PERJURY that the foregoing (Pro se Motion Requesting That The Honorable District Court **"Order"** The Defendant(s) To **"Compel Production"** In Behalf of "Plaintiff Reginald Eugene Grimes **Request For Production**" Mailed/Filed on **August 1, 2019**) is **TRUE and CORRECT**.

Executed on **October 30, 2019.**          By: *Reginald Grimes*
                                               Reginald Eugene Grimes

CERTIFICATE OF SERVICE

I (REGINALD EUGENE GRIMES) HEREBY CERTIFY that on **October 30, 2019,** the foregoing (Pro se Motion Requesting That The Honorable District Court **"Order"** The Defendant(s) To **"Compel Production"** In Behalf of "Plaintiff Reginald Eugene Grimes **Request For Production**" Mailed/Filed on **August 1, 2019**) was mailed by The United States Postal Service, to the below listed, First Class Postage:

Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL. 33128          (Certified Mail# 7016 2140 0000 3119 0368)
                          (USPS Tracking# 9590 9402 2399 6249 4691 44)

The United States Attorneys Office
99 NE 4th Street, Suite 300
Miami, FL.  33132

Respectfully submitted,

*Reginald Grimes*
Reginald Eugene Grimes #40127-004
Pensacola Federal Prison Camp
P.O. Box 3949
Pensacola, FL. 32516

REGINALD EUGENE GRIMES #40127-004
PENSACOLA FEDERAL PRISON CAMP
P.O. BOX 3949
PENSACOLA, FL. 32516



⇔40127-004⇔
Clerk Of Court
400 North Miami Avenue
Miami, FL 33128
United States

LEGAL MAIL:

7016 2740 0000 0425 3968

CERTIFIED MAIL

7016 2740 0000 0425 3968

Federal Prison Camp, P. O. Box 3949, Pensacola, FL 32516
Date 6-31-19 The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither open nor inspected. If the writer raises a question or problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence fo forwarding to another addressee, please return the enclosure to the above address.

LEGAL MAIL: