UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CIV-80972-RAR

**REGINALD EUGENE GRIMES,**

    Plaintiff,
v.

**OFFICER RICHARD ROTT**, *et al.,*

    Defendants.
_____/

## OMNIBUS ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Continue Trial [**ECF No. 256**] ("Motion to Continue"). The Court heard oral argument on the Motion to Continue on December 20, 2019 [**ECF No. 258**]. For the reasons stated on the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Continue [**ECF No. 256**] is **DENIED**. The case will remain on the Court's two-week trial calendar beginning on **January 21, 2020**. The parties shall appear for Calendar Call at 11:00 AM on **January 14, 2020**. The Court intends on selecting a jury and addressing any remaining pretrial motions on **January 23, 2020**. Testimony will begin on **January 27, 2020**.

2. Defendant's *ore tenus* Motion for Leave to permit Defendant Rodney Vizzo to appear telephonically at the Settlement Conference scheduled for December 30, 2019 **[ECF No. 259]** is **GRANTED**. Defendant's counsel shall confer with Magistrate Judge Reinhart's Chambers for further instructions regarding telephonic appearance.

3. Plaintiff's *ore tenus* Motion for Leave to appear telephonically at the Settlement Conference scheduled for December 30, 2019 [**ECF No. 259**] is **GRANTED**. Although the Court

desires that Plaintiff appear in person, Plaintiff is permitted to appear telephonically to the extent that his physical presence is not possible or practical. Plaintiff's counsel shall confer with Magistrate Judge Reinhart's Chambers for further instructions regarding telephonic appearance.

4. The parties shall file any Motions *in limine*, proposed jury instructions, and witness and exhibit lists by **January 23, 2020**. The parties are instructed to follow all guidelines in the Court's Order on Trial Instructions [**ECF No. 254**] regarding the format of these documents.

5. Plaintiff shall serve any deposition designations that he intends to use at trial by **January 14, 2020**. Defendant shall serve any deposition designations that they intend to use at trial by **January 21, 2020**. The Court will address any disputes as to the admissibility of designated depositions on **January 23, 2020**.

6. Defendants' *ore tenus* Motion for Extension of Time to file Objections to Magistrate Judge Reid's Report and Recommendations regarding Defendants' Motion for Summary Judgement [**ECF No. 255**] is **GRANTED**. Defendants shall file any objections to the Report and Recommendations by **January 6, 2020**. Plaintiff may file a response to Defendants' objections by **5:00 PM on January 13, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of December, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**