UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 9:15-cv-80972-RAR

REGINALD EUGENE GRIMES,

    Plaintiff,

v.

RICHARD ROTT, et al.,

    Defendants.

_____/

## VERDICT FORM

We, the jury, return the following verdict:

1. As to Plaintiff's claim against Defendant Richard Rott, did Plaintiff prove his claim by a preponderance of the evidence?

    Answer ("Yes") or "No"  _____

2. As to Plaintiff's claim against Defendant Steven Hearn, did Plaintiff prove his claim by a preponderance of the evidence?

    Answer ("Yes") or "No"  _____

1

3. As to Plaintiff's claim against Defendant David Santana, did Plaintiff prove his claim by a preponderance of the evidence?

Answer "Yes" or ⟨"No"⟩   _____

4. As to Plaintiff's claim against Defendant Andrew Tallichet, did Plaintiff prove his claim by a preponderance of the evidence?

Answer ⟨"Yes"⟩ or "No"   _____

5. As to Plaintiff's claim against Defendant Anton Franks, did Plaintiff prove his claim by a preponderance of the evidence?

Answer ⟨"Yes"⟩ or "No"   _____

6. As to Plaintiff's claim against Defendant Rodney Vizzo, did Plaintiff prove his claim by a preponderance of the evidence?

Answer "Yes" or ⟨"No"⟩   _____

7. As to Plaintiff's claim against Defendant Chris Baker, did Plaintiff prove his claim by a preponderance of the evidence?

Answer "Yes" or ⟨"No"⟩   _____

2

8. As to Plaintiff's claim against Defendant Jacob Sirmans, did Plaintiff prove his claim by a preponderance of the evidence?

Answer "Yes" or ("No") _____

If you found for all of the Defendants on Plaintiff's claims, then you should go no further. The foreperson should then sign and date the verdict form and return it to the Court.

If you found for the Plaintiff against one or more Defendants, then please answer Questions 9 and 10.

9. Has Plaintiff proven by a preponderance of the evidence that he should be awarded compensatory damages to compensate for physical and/or emotional injury?

Answer "Yes" or ("No") _____

    If your answer is "Yes," what is the total amount of compensatory damages?    $_____

3

10. Has Plaintiff proven by a preponderance of the evidence that one or more Defendants acted with malice or reckless indifference to Plaintiff's federally protected rights, such that punitive damages should be assessed against the Defendant(s)?

As to Defendant Richard Rott: Answer ("Yes") or "No" _____

    If your answer is "Yes," in what amount from Defendant Richard Rott? $ 4,000. —

As to Defendant Steven Hearn: Answer ("Yes") or "No" _____

    If your answer is "Yes," in what amount from Defendant Steven Hearn? $ 4,000. —

As to Defendant David Santana: Answer "Yes" or ("No") _____

    If your answer is "Yes," in what amount from Defendant David Santana? $ _____

As to Defendant Andrew Tallichet: Answer ("Yes") or "No" _____

    If your answer is "Yes," in what amount from Defendant Andrew Tallichet? $ 4,000. —

As to Defendant Anton Franks: Answer ("Yes") or "No" _____

    If your answer is "Yes," in what amount from Defendant Anton Franks? $ 4,000. —

As to Defendant Rodney Vizzo: Answer "Yes" or ("No") _____

    If your answer is "Yes," in what amount from Defendant Rodney Vizzo? $ _____

4

As to Defendant Chris Baker: Answer "Yes" or "No" _____ (No circled)

If your answer is "Yes," in what amount from Defendant Chris Baker?    $_____

As to Defendant Jacob Sirmans: Answer "Yes" or "No" _____ (No circled)

If your answer is "Yes," in what amount from Defendant Jacob Sirmans?    $_____

SO SAY WE ALL.

DATE: 1/30/2020

Foreperson's Signature